UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SETH A. BURCH,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | NO: 12-CV-0556-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 20). Pursuant to the parties' stipulation, the motion is granted.

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 20) is **GRANTED**. The Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title XVI of the Social Security Act is **REVERSED** and **REMANDED** to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). On

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

remand, the ALJ will further evaluate the opinions of Drs. Mislow, Bailey, Green, and Everhart and, where necessary, give reasons for the weight assigned to those doctors; and as necessary, reassess Plaintiff's residual functional capacity and obtain supplemental vocational expert evidence.

2. The District Court Executive is hereby directed to enter this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** July 29, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2