# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SETH A BURCH <br> *Plaintiff* <br> v. <br> CAROLYN W COLVIN <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 12-CV-0556-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The Commissioners decision in regard to Plaintiffs application for disability insurance benefits under Title XVI of the Social Security Act is REVERSED and REMANDED to the Commissioner of Social Security.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a stipulated motion for Remand.

Date: 05/30/2013

CLERK OF COURT

s/Linda Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk